

*JAN 3 1 2008*

E-Filed
2-4-08

JS-6

| | |
|---|---|
| 1 | |
| 2 | WILLIAM H. COLLIER, JR., CASB No. 97491 |
|   | william.collier@kyl.com |
| 3 | SCOTT E. HINSCHE, CASB No. 221761 |
|   | scott.hinsche@kyl.com |
| 4 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 5 | 400 Oceangate, P.O. Box 1730 |
| 6 | Long Beach, California  90801-1730 |
|   | Telephone:    (562) 436-2000 |
| 7 | Facsimile:    (562) 436-7416 |
| 8 | Attorneys for Defendant |
| 9 | AMERICAN OVERSEAS MARINE CORPORATION |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD SOSA, | ) | Case No. CV06-8284 PSG (FFMx) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER FOR DISMISSAL** |
| vs. | ) | |
| AMERICAN OVERSEAS MARINE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

The Court, having reviewed the Stipulation of the parties, and good cause appearing therefore, orders that all claims by Plaintiff EDWARD SOSA are hereby dismissed with prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED**

DATED: 2/1/____, 2008

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE

KYL_LB1131899